PHILLIP A. TALBERT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

AUG 3 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHI MENG YANG, ET AL. Defendants. | CASE NO. 3:17-MJ-0026 CMK [PROPOSED] ORDER TO UNSEAL COMPLAINT AND ARREST WARRANTS |

The government's request to unseal this case is GRANTED.

Dated: Aug 31, 2017

HON. KENDALL J. NEWMAN
U.S. Magistrate Judge