Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
Chi Meng Yang

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Chi MengYang,<br><br>Defendant. | Case No. 3:17-mj-0026-CMK<br><br>**STIPULATION AND ORDER TO CONTINUE BAIL REVIEW HEARING**<br><br>**Date: September 14, 2017**<br>**Time: 2:00 p.m.**<br>**Crtrm: Honorable Allison Claire**<br>**UNITED STATES MAGISTRATE JUDGE** |

**IT IS HEREBY STIPULATED** by and between Phillip A. Talbert, United States Attorney, through Michael M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Patrick K. Hanly, Attorney for Chi Meng Yang, that the detention hearing scheduled for September 14, 2017, at 2:00 p.m., be vacated and the matter continued to October 5, 2017, at 2:00 p.m.

Defense counsel requires additional time to prepare.

Respectfully Submitted,

Dated: September 13, 2017        /s/Patrick K. Hanly
                                 Attorney for Chi Meng Yang

U.S. v. Yang, CR S 17-0026 Stipulation to Continue Bail Review Hearing

DATED: September 13, 2017                    PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ Michael M. Beckwith
                                             Michael M. Beckwith
                                             Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED,** the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is further ordered that the September 14, 2017 detention hearing shall be continued until October 5, 2017, at 2:00 p.m.

DATED: September 13, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE