FILED
October 05, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHI MENG YANG,

Defendant.

Case No. 2:17-cr-00169-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _CHI MENG YANG_, Case No. _2:17-cr-00169-GEB_, from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $100,000 unsecured bond, to be replaced by a $100,000 secured property bond to be filed within 4 weeks.

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): _Pretrial Services conditions_

Issued at Sacramento, California on October 05, 2017 at 2:35 pm

By: _[signature]_

Magistrate Judge Carolyn K. Delaney