Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
Chi Meng Yang

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Chi MengYang,<br><br>Defendant. | Case No: 17-cr-0169-GEB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR POSTING OF PROPERTY BOND**<br><br>**Date:  N/A**<br>**Time: N/A**<br>**Crtrm: Honorable Allison Claire**<br>**UNITED STATES MAGISTRATE JUDGE** |

**IT IS HEREBY STIPULATED** by and between Phillip A. Talbert, United States Attorney, through Michael M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Patrick K. Hanly, Attorney for Chi Meng Yang, that the deadline to post the property bond in the above matter is extended to December 21, 2017.

Dated:   November 28, 2017           /s/Patrick K. Hanly
                                     Attorney for Chi Meng Yang


Dated: November 28, 2017             PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ Michael M. Beckwith
                                     Michael M. Beckwith
                                     Assistant U.S. Attorney

U.S. v. Yang, CR S 17-0026 Stipulation to Extend Deadline to Post Property Bond

## ORDER

**IT IS SO ORDERED**

DATED: November 30, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE