Law Office of Patrick K. Hanly (Bar # 128521)
455 Capitol Mall, Suite 325
Sacramento CA 95814
Telephone (916) 773-2211
Facsimile (916) 492-2680

Attorney for Defendant
CHI MENG YANG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17-0169 GEB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| CHI MENG YANG AND GAOSHENG YANG, | **DATE: December 8, 2017** |
| | **TIME: 9:00 a.m.** |
| Defendants. | **COURTROOM: HONORABLE GARLAND E. BURRELL JR.** |

Plaintiff United States of America, by and through its counsel of record, and defendants CHI MENG YANG and GAOSHENG YANG, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 8, 2017.

2. By this stipulation, defendants now move to continue the status conference until February 9, 2018, and to exclude time between December 8, 2017 and February 9, 2018 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has provided initial discovery. Further

discovery is expected to be produced shortly.

  b. Counsel for defendants desire additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolution with their clients.

  c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time-period of December 8, 2017 and February 9, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h) (7) (A), B (iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: December 4, 2017 /s/ Patrick K. Hanly
Attorney for Chi Meng Yang

Dated: December 4, 2017 /s/ Thomas A. Johnson
Attorney for Gaosheng Yang

Phillip Talbert
UNITED STATES ATTORNEY

Dated: December 4, 2017 by: /s/ Michael Beckwith
Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated: December 6, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge