Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
Chi Meng Yang

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>       vs.<br><br>Chi MengYang,<br><br>                  Defendant. | ) Case No: 17-0169-GEB<br>)<br>) **STIPULATION AND ORDER TO EXTEND**<br>) **DEADLINE FOR POSTING OF PROPERTY**<br>) **BOND**<br>)<br>) **Date:  N/A**<br>) **Time: N/A**<br>) **Crtrm: Honorable Allison Claire**<br>) **UNITED STATES MAGISTRATE JUDGE**<br>)<br>)<br>) |

     **IT IS HEREBY STIPULATED** by and between Phillip A. Talbert, United States Attorney,

through Michael M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Patrick K.

Hanly, Attorney for Chi Meng Yang, that the deadline to post the property bond in the above matter is

extended to January 31, 2018.


     Dated:   December 14, 2017               /s/Patrick K. Hanly
                                          Attorney for Chi Meng Yang



     Dated: December 14, 2017              PHILLIP A. TALBERT
                                          United States Attorney

                                        /s/ Michael M. Beckwith
                                        Michael M. Beckwith
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

Dated:  December 18, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE