Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
Chi Meng Yang

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 17-0169-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND** |
| | ) | **DEADLINE FOR POSTING OF PROPERTY** |
| vs. | ) | **BOND** |
| | ) | |
| Chi MengYang, | ) | **Date: N/A** |
| | ) | **Time: N/A** |
| Defendant. | ) | **Crtrm: Honorable Kendall J. Newman** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between McGregor W. Scott, United States Attorney, through Michael M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Patrick K. Hanly, Attorney for Chi Meng Yang, that the deadline to post the property bond in the above matter is extended to March 1, 2018.

Dated:  January 29, 2018   /s/Patrick K. Hanly
                           Attorney for Chi Meng Yang


Dated: January 29, 2018    McGREGOR W. SCOTT
                           United States Attorney

                           /s/ Michael M. Beckwith
                           Michael M. Beckwith
                           Assistant U.S. Attorney

U.S. v. Yang, CR S 17-0169 Stipulation to Extend Deadline to Post Property Bond

## ORDER

**IT IS SO ORDERED**

Dated: January 31, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE