THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CHI MENG YANG, and<br>GAOSHENG LAITINEN,<br>　　　　　Defendants. | Case No.: 2:17-cr-00169-GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE THE STATUS<br>CONFERENCE<br><br>Date:　February 9, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

## **STIPULATION**

The United States of America through its undersigned counsel, Michael Beckwith, Assistant United States Attorney, together with Patrick K. Hanly, counsel for Chi Meng Yang, and Thomas A. Johnson, counsel for Gaosheng Laitinen, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on February 9, 2018.

2. By this stipulation, defendant now moves to continue the Status Conference to March 23, 2018, at 9:00 a.m. and to exclude time between February 9, 2018, and, March 23, 2018, under the Local Code T-4 (to allow defense counsel time to prepare).

3.　The parties agree and stipulate, and request the Court find the following:

a. A continuance is requested because attorneys for the defendants need additional time to review the discovery, conduct investigation, and discuss a potential resolution.

b. Attorneys for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 9, 2018, to March 23, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE: February 2, 2018

/s/   Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Gaosheng Laitinen

DATE: February 2, 2018

/s/ Patrick K. Hanly
PATRICK K. HANLY
Attorney for Chi Meng Yang

DATED: February 2, 2018

McGREGOR SCOTT
United States Attorney

/s/ Michael Beckwith
MICHAEL BECKWTIH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: February 6, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge