Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
Chi Meng Yang

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Chi MengYang,<br><br>    Defendant. | Case No: 2:17-cr-00169-GEB-1<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR POSTING OF PROPERTY BOND**<br><br>**Date: N/A**<br>**Time: N/A**<br>**Crtrm: Honorable EDMUND F. BRENNAN**<br>**UNITED STATES MAGISTRATE JUDGE** |

**IT IS HEREBY STIPULATED** by and between McGregor Scott, United States Attorney, through Michael M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Patrick K. Hanly, Attorney for Chi Meng Yang, that the deadline to post the property bond in the above matter is extended to April 20, 2018.

Dated: April 2, 2018                    /s/Patrick K. Hanly
                                        Attorney for Chi Meng Yang

/////

| | | |
|---|---|---|
| 1 | Dated: April 2, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Michael M. Beckwith<br>Michael M. Beckwith<br>Assistant U.S. Attorney |
| 4 | | |

**ORDER**

**IT IS SO ORDERED**

DATED: April 2, 2018

_____
**HONORABLE EDMUND F. BRENNAN**
United States Magistrate Judge