Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
Chi Meng Yang

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Chi Meng Yang, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____) | Case No: 17-0169-GEB <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR POSTING OF PROPERTY BOND** <br><br> **Date: N/A** <br> **Time: N/A** <br> **Crtrm: HON. KENDALL J. NEWMA N** <br> **UNITED STATES MAGISTRATE JUDGE** |

**IT IS HEREBY STIPULATED** by and between McGregor Scott, United States Attorney, through Michael M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Patrick K. Hanly, Attorney for Chi Meng Yang, that the deadline to post the property bond in the above matter is extended to May15, 2018.

Dated: April 16, 2018  /s/Patrick K. Hanly
　　　　　　　　　　　　　　　　　　Attorney for Chi Meng Yang


Dated: April 16, 2018  McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Michael M. Beckwith
　　　　　　　　　　　　　　　　　　Michael M. Beckwith
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

U.S. v. Yang, CR S 17-0026 Stipulation to Extend Deadline to Post Property Bond

## ORDER

**IT IS SO ORDERED**

Dated: April 17, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE