Law Office of Patrick K. Hanly (Bar # 128521)
455 Capitol Mall, Suite 325
Sacramento CA 95814
Telephone (916) 773-2211
Facsimile (916) 492-2680

Attorney for Defendant
CHI MENG YANG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> CHI MENG YANG AND GAOSHENG LAITINEN, </br></br> Defendants. | Case No.: 17-0169 GEB </br></br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** </br></br> **DATE: April 27, 2018** </br> **TIME: 9:00 a.m.** </br> **COURTROOM: HONORABLE GARLAND E. BURRELL JR.** |

Plaintiff United States of America, by and through its counsel of record, and defendants CHI MENG YANG and GAOSHENG LAITINEN, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 27, 2018.

2. By this stipulation, defendants now move to continue the status conference until May 4, 2018, and to exclude time between April 27, 2018 and May 4, 2018 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has provided approximately 40 discs of discovery. Further

discovery is expected to be produced.

  b. Counsel for defendants' desire additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolution with their clients.

  c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time-period of April 27, 2018 and May 4, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h) (7) (A), B (iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

*U.S. v. Yang*, CR S 17-0169 GEB
Stipulation to Continue Status Conference

2

**IT IS SO STIPULATED.**

Dated: April 11, 2018                                    /s/ Patrick K. Hanly
                                                         Attorney for Chi Meng Yang


Dated: April 11, 2018                                    /s/ Thomas A. Johnson
                                                         Attorney for Gaosheng Laitinen


                                                         McGregor W. Scott
                                                         UNITED STATES ATTORNEY

Dated:  April 11, 2018                          by:      /s/ Michael Beckwith
                                                         Assistant U.S. Attorney


**IT IS SO ORDERED.**

**Dated:  April 23, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge