Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
Chi Meng Yang

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Chi Meng Yang,<br><br>    Defendant. | Case No: 17-0169-GEB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR POSTING OF PROPERTY BOND**<br><br>**Date: N/A**<br>**Time: N/A**<br>**Crtrm: HON. ALLISON CLAIRE**<br>**UNITED STATES MAGISTRATE JUDGE** |

**IT IS HEREBY STIPULATED** by and between McGregor Scott, United States Attorney, through Michael M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Patrick K. Hanly, Attorney for Chi Meng Yang, that the deadline to post the property bond in the above matter is extended to June 1, 2018.

Dated: May 14, 2018  /s/Patrick K. Hanly
Attorney for Chi Meng Yang


Dated: May 14, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ Michael M. Beckwith
Michael M. Beckwith
Assistant U.S. Attorney

U.S. v. Yang, CR S 17-0026 Stipulation to Extend Deadline to Post Property Bond

**ORDER**

**IT IS SO ORDERED**

DATED: May 14, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE