| | |
|---|---|
| KATRYNA LYN SPEARMAN<br>Lowther Walker, LLC<br>101 Marietta St. NW, Ste. 3325<br>Atlanta, GA 30303<br>Telephone: (939) 537-3914<br><br>Attorney for Defendant<br>Gaosheng Laitinen | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHI MENG YANG AND<br>GAOSHENG LAITINEN,<br><br>    Defendants. | CASE NO. 2:17-CR-0169 GEB<br><br>STIPULATION AND [PROPOSED ORDER] RESCHEDULING DATE FOR TRIAL CONFIRMATION HEARING<br><br>Jury Trial Date: September 10, 2019<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

Defendant Gaosheng Laitinen, through her counsel of record, Katryna Lyn Spearman, the United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Chi Meng Yang, through his counsel of record, Douglas J. Beevers, hereby stipulate and agree, and jointly request, that the trial confirmation hearing in this case be rescheduled from July 12, 2019 to July 26, 2019. The parties further stipulate and agree that the time

///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED ORDER]

1

from July 10, 2019, through September 19, 2019, the trial date in this case, has already be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED.

Dated:  July 10, 2019         By:  /s/ Katryna Lyn Spearman
                                   KATRYNA LYN SPEARMAN
                                   Attorney for Defendant
                                   GAOSHENG LAITINEN

Dated:  July 10, 2019         By:  /s/ Michael M. Beckwith
                                   MICHAEL m. BECKWITH
                                   Assistant U.S. Attorney

Dated:  July 10, 2019
                              By:  /s/ Douglas J. Beevers
                                   DOUGLAS J. BEEVERS
                                   Attorney for Defendant
                                   CHI MENG YANG

**ORDER**

IT IS HEREBY ORDERED that the trial confirmation hearing in this case shall be rescheduled for July 26, 2019.  The previous trial confirmation hearing scheduled for July 12, 2019 is hereby vacated.

Dated:  July 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge