MARK J. REICHEL, State Bar #155034
Attorney at Law
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for Gaosheng Laitinen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHI MENG YANG, GAOSHENG LAITINEN<br><br>DEFENDANTS . | CASE NO. 17-169 GEB<br><br>STIPULATION TO VACATE TRIAL CONFIRMATION HEARING.AND VACATE TRIAL DATE AND RE SET FOR STATUS CONFERENCE FOR ALL DEFENDANTS<br><br>DATE: AUGUST 16, 2019<br>TIME: 9:00 a.m.<br>HON GARLAND E. BURRELL |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorneys for Plaintiff, and the undersigned attorneys for defendants, that the Trial Confirmation Hearing shall be vacated, the jury trial vacated and a status conference be re set for August 16, 2019. Defense counsel require the opportunity to continue to prepare and review the discovery with their clients, interview witnesses, conduct legal research, obtain documents by subpoena or otherwise, in the weeks up to August 16, 2019. Time has previously been ordered excluded in this matter up to the current trial date of September 10, 2019.

1

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 16, 2019 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial. Time has already been excluded in this matter up to the current trial date of September 10, 2019.

Dated: July 25, 2019

By: /s/ *MARK J. REICHEL*

Proposed Attorney for Defendant Laitinen
Substitution Of Counsel and Order pending


Murdoch Walker , II
Lowther Walker LLC

*/s/ Murdoch Walker, II*
_____
Proposed Former Attorney for Defendant Laitinen
Substitution Of Counsel Pending


*By: /s/ Douglas Beevers*

Attorney for Defendant Yang

MCGREGOR SCOTT
United States Attorney

*/s/ Michael Beckwith*

_____
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**. TIME IS EXCLUDED AS SET FORTH ABOVE.

Dated: July 25, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge