McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>CHI MENG YANG AND<br>GAOSHENG LAITINEN,<br><br>                    Defendants. | CASE NO.  2:17-CR-169 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.      A status conference was previously set for August 16, 2019.

2.      By this stipulation, the parties now move to continue the status conference from August 16, 2019, to September 20, 2019, and to exclude time between August 16, 2019 and September 20, 2019, under the Local Code T-4 (to allow defense counsel time to prepare).  The parties agree and stipulate, and request the Court find the following:

   a.   Counsel for the defendants, particularly counsel for defendant Laitinen, who joined the case on or about July 26, 2019, need additional time to review the discovery, conduct investigation, interview potential witnesses, and meet with their clients;

   b.   Counsel for the defendants believes the failure to grant a continuance in this case

would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

c.   The government does not object to the continuance.

3.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

4.   For the purpose of computing time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between August 16, 2019, and September 20, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4

5    IT IS SO STIPULATED.

6                                                        McGREGOR W. SCOTT
                                                         United States Attorney
7

8    Dated:  September 12, 2019              /s/ *Michael M. Beckwith*
                                             MICHAEL M. BECKWITH
9                                            Assistant United States Attorney

10

11

12   Dated:  September 12, 2019               /s/ *Douglas J. Beevers*
                                              DOUGLAS J. BEEVERS
13                                            Attorney for Defendant
                                              CHI MENG YANG
14

15

16   Dated:  September 12, 2019               /s/ *Mark Reichel*
                                              MARK REICHEL
17                                            Attorney for Defendant
                                              GAOSHENG LAITINEN
18

19

20

21

22

23

24

25

26

27

28

## FINDINGS AND ORDER

The Court, having read and considered the parties' Stipulation, which this Court incorporates by reference to this Order in full, hereby finds and orders the following:

1.     A status conference is scheduled for September 20, 2019

2.     In consideration of the reasons set forth in the parties' Stipulation, the Court finds that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and time between August 16, 2019, and September 20, 2019, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO FOUND AND ORDERED

Dated:  September 15, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge