| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | CHI MENG YANG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00169-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CHI MENG YANG and GAOSHENG LAITINEN, | Date: September 20, 2019 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Michael M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Chi Meng Yang, and Mark Reichel, attorney for Gaosheng Laitinen, that the status conference scheduled for September 20, 2019, at 9:00 a.m., be vacated and the matter continued to October 18, 2019, at 9:00 a.m. for a status conference.

The reasons for the continuance is that defense counsel requires additional time for further investigation by visiting the crime scene and interviewing witnesses. The defense also requires additional time to meet and confer with their clients.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date the parties stipulated through and including October 18, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Proposed Order    -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 18, 2019

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for CHI MENG YANG

DATED: September 18, 2019

*/s/ Mark Reichel*
MARK REICHEL
Attorney for GAOSHENG LAITINEN

DATED: September 18, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Michael M. Beckwith*
MICHAEL M. BECKWITH
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 18, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 20, 2019 status conference shall be continued until October 18, 2019, at 9:00 a.m.

Dated: September 18, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge