1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, # 288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHI MENG YANG
6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )  Case No.  2:17-cr-00169-GEB
                                       )
11              Plaintiff,             )  STIPULATION AND [PROPOSED] ORDER
                                       )  TO CONTINUE STATUS CONFERENCE
12       v.                            )
                                       )
13  CHI MENG YANG and GAOSHENG         )  Date: September 20, 2019
    LAITINEN,                          )  Time: 9:00 a.m.
14                                     )  Judge: Hon. Garland E. Burrell, Jr.
                Defendants.            )

15

16       IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

17  Attorney, through Michael M. Beckwith, Assistant United States Attorney, attorney for Plaintiff,

18  Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers,

19  attorneys for Chi Meng Yang, and Mark Reichel, attorney for Gaosheng Laitinen, that the status

20  conference scheduled for October 18, 2019, at 9:00 a.m., be vacated and the matter continued to

    November 1, 2019, at 9:00 a.m. for a status conference.
21
         The reasons for the continuance are that defense counsel requires additional time to
22
    review additional discovery, conduct further investigation regarding potential mitigation, to
23
    engage in legal research, and to meet and confer with their clients.
24
         Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
25
    from the date the parties stipulated through and including November 1, 2019;  pursuant to 18
26
    U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local
27
    Code T4 based upon continuity of counsel and defense preparation.
28

    Stipulation and Proposed Order                -1-

1  Counsel and the defendant also agree that the ends of justice served by the Court granting

2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

4  DATED: October 16, 2019
                                            Respectfully submitted,

5
                                            HEATHER E. WILLIAMS
6                                           Federal Defender

7                                           /s/ Douglas J. Beevers
                                            DOUGLAS J. BEEVERS
8                                           Assistant Federal Defender
                                            Attorney for CHI MENG YANG
9

10 DATED: October 16, 2019               /s/ Mark Reichel
                                            MARK REICHEL
11                                          Attorney for GAOSHENG LAITINEN

12
   DATED: October 16, 2019               MCGREGOR W. SCOTT
13                                          United States Attorney

14                                          /s/ Michael M. Beckwith
                                            MICHAEL M. BECKWITH
15                                          Assistant United States Attorney
                                            Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 18, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 18, 2019 status conference shall be continued until November 1, 2019, at 9:00 a.m.

Dated:  October 17, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge