McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-169-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING DATE OF MOTION TO SEVER AND BRIEFING SCHEDULE; FINDINGS AND ORDER |
| v. | |
| CHI MENG YANG, | DATE: February 25, 2020 |
| Defendant. | TIME: 9:15 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous request of defense counsel and order of court, this matter was set for hearing on a Motion to Sever filed by the defendant, to be heard on February 25, 2020.

2. By this stipulation, defendant and the government now move to continue the hearing on the hearing on the Motion to Sever until March 17, 2020 at 9:15 a.m. Time has already been excluded between January 14, 2020 and June 1, 2020, therefore no further order is needed as to an exclusion of time.

3. The defendant's motion to sever was filed February 4, 2020. Under local rule 430.1, the government's opposition is due February 11, 2020. The parties now stipulate to the following briefing schedule:

        a)        The government's opposition shall be filed no later than March 3, 2020.

        b)        The defendant's reply to the government's opposition shall be filed no later than March 10, 2020.

4.        The parties agree and stipulate, and request that the Court find the following:

        a)        The hearing on the Motion to Sever shall be moved from February 25, 2020 to March 17, 2020.

        b)        The government's opposition to the Motion to Sever shall be due March 3, 2020.

        c)        The defendant's reply to the government's opposition to the Motion to Sever shall be due March 10, 2020.

5.        Nothing in this stipulation and order shall affect the Speedy Trial Act findings made on January 14, 2020.

IT IS SO STIPULATED.

Dated: February 11, 2020                          McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ MICHAEL W. REDDING
                                              MICHAEL W. REDDING
                                              Assistant United States Attorney

Dated: February 11, 2020                          /s/ Douglas Beevers
                                              Douglas Beevers
                                              Counsel for Defendant
                                              CHI MENG YANG

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of February, 2020.

                                              /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE