MCGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-169-JAM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE DETENTION HEARING |
| v. | |
| CHI MENG YANG, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request that the current detention hearing scheduled for May 8, 2020, at 2:00 p.m. be vacated and continued to June 3, 2020, at 2:00 p.m.  Time between these dates was previously excluded by order of the Court under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

///

///

///

///

///

///

STIPULATION REGARDING RESCHEDULING DETENTION HEARING

1

IT IS SO STIPULATED.

Dated: May 6, 2020                    McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ MICHAEL W. REDDING
                                      MICHAEL W. REDDING
                                      Assistant United States Attorney

Dated: May 6, 2020                    /s/ DOUGLAS BEEVERS
                                      DOUGLAS BEEVERS
                                      Counsel for Defendant
                                      CHI MENG YANG

## [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED this 7th day of May, 2020.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE