HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
douglas_beevers@fd.org

Attorney for Defendant
CHI MENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00169-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXONERATE PROPERTY BOND |
| v. | |
| CHI MENG YANG, | Judge: John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, and Defendant, Chi Meng Yang, that the $100,000 property bond posted to secure Mr. Yang's pretrial release should be ordered exonerated and that the Clerk of the Court shall reconvey the real property securing the bond to the surety.

On October 5, 2017, the Court ordered Mr. Yang released contingent on a $100,000 secured appearance bond being filed. After a series of extensions of time to post bond were granted, on May 22, 2018 Defendant Yang posted a $100,000 bond secured by the real property belonging to Cha Kao Yang located at 880 3rd Street East, St. Paul Minnesota, 55206. (ECF # 81). On June 29, 2018 a Petition for Violation of Pretrial Release was filed and on July 11, 2018 Defendant Yang failed to appear for the hearing and a No Bail Warrant was issued, however Mr. Yang traveled from Minnesota to Sacramento on his own and self-surrendered on the warrant. After his self-surrender on July 18, 2018, Defendant Yang appeared and was ordered detained based on facts described in the Petition for Violation of Pretrial Release.

Several Bail Review Motions have since been denied and Defendant Yang has remained in custody pending trial since. Mr. Yang's trial is set for October 2020, and no bail hearings are set. Chao Kao Yang requests that the property be released from the lien, so that loans can be taken against the property if needed in this difficult financial times.

The parties stipulate and agree that the bond secured by the real property of Cha Kao Yang should be exonerated and the property securing it reconveyed to the surety.

Dated: July 21, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　*/s/ Douglas Beevers*
　　　　　　　　　　　　　　　　　DOUGLAS J. BEEVERS
　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　Attorney for Carlos Alexis Munoz

Dated: July 21, 2020　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　*/s/ Michael W. Redding*
　　　　　　　　　　　　　　　　　MICHAEL W. REDDING
　　　　　　　　　　　　　　　　　Assistant United States Attorney

HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
douglas_beevers@fd.org

Attorney for Defendant
CHI MENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHI MENG YANG,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00169-JAM<br><br>REQUEST TO RECONVEY REAL PROPERTY; ORDER<br><br>Judge: Hon. John A. Mendez |

## **ORDER**

The Court hereby grants the request to reconvey real property located at 880 3rd Street East, St. Paul Minnesota, 55206 described as follows:

　　　　Lot 1, Adam Gotzlan's Subdivision of Block 84, Lyman Dayton's Addition, Ramsey County, Minnesota

posted to secure Defendant's pre-trial release and authorizes the Clerk of the United States District Court for the Eastern District of California to complete a new reconveyance of real property to property owner Cha Kao Yang and list the description of the property on the reconveyance as listed above.

　　　　**IT SO ORDERED.**

Dated: July 22, 2020　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　Hon. JOHN A. MENDEZ