HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
CHI MENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHI MENG YANG<br><br>Defendant. | Case No. 2:17-CR-169-JAM<br><br>**ORDER TO ALLOW DEFENSE A COPY OF SEALED TRANSCRIPTS OF IN CAMERA STATUS OF COUNSEL PROCEEDINGS** |

The Matter coming before the Court on Defendant's Motion for a Copy of the Transcripts of the Sealed In Camera Status of Counsel, and it appearing that the Defendant is entitled to the relief sought. It is ORDERED that the court reporter shall provide Defendant with copies of the sealed transcripts of the following in camera hearings:

February 22, 2019, June 14, 2019, and June 16, 2020.

The Defendant shall bear the cost of the generating the transcript at the standard rate.

Dated: January 11, 2021            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

-1-