McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-169 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING THE UNITED STATES'S OPPOSITION TO THE DEFENDANT'S EMERGENCY MOTION TO RECONSIDER THE DISTRICT COURT'S DENIAL OF RELEASE UNDER 18 U.S.C. § 3145(B) |
| v. | |
| CHI MENG YANG, | |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

On January 22, 2021, the defendant filed an Emergency Motion to Reconsider the District Court's Denial of Release. Dkt. 218. On January 22, the Court indicated the United States's response would be due February 2, 2021, and the defendant's reply due February 8, 2021. Dkt. 219. The government was thereafter delayed in filing its response. The government and the defendant now stipulate that the government's response be due February 3, 2021 and ask the Court to so order. This stipulation does not affect the date by which the defendant's reply is due – it shall remain February 8, 2021.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the government was to file a response by February 2, 2021.

2. By this stipulation, the defendant and the government now stipulate that the government

will have until February 3, 2021 to file its response.

    3.    No Speedy Trial Act Exclusions are necessary at this time.

    4.    Accordingly, the parties by this stipulation request that the Court allow the government to file its response by February 3, 2021.

IT IS SO STIPULATED.

Dated:  February 3, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ MICHAEL W. REDDING
MICHAEL W. REDDING
Assistant United States Attorney

Dated:  February 3, 2021

/s/ Douglas Beevers
Douglas Beevers
Counsel for Defendant
CHI MENG YANG

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of February, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE