**Mark Reichel SBN 155034**
**Attorney at Law**
455 Capitol Mall 8th Floor, Suite 802
Sacramento, CA 95814
Telephone: 916.498.9258
Facsimile: 888.567.2949

Attorney for Defendant GAOSHENG LAITINEN

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case No. 17-169 JAM |
| Plaintiff | **ORDER ALLOWING UNDER SEAL FILING** |
| vs. | |
| CHI MENG YANG, GAOSHENG LAITINEN | |
| Defendants | |

Good cause appearing, it is Hereby Ordered that defendant Defendant Laitinen may file her Fact Witnesses under seal in this matter, and the fling shall be kept under seal until further Order of this Court.

IT IS SO ORDERED.

DATED: April 14, 2021          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE