PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-169 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CHI MENG YANG, AND GAOSHENG LAITINEN, | DATE: May 17, 2021 TIME: 9:00 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for jury trial on May 17, 2021.

2. On April 14, 2021, defendant Laitinen, through her counsel, filed a motion to continue. ECF 235. Defendant Yang joined in this motion on April 15. ECF 240. The United States thereafter filed a non-opposition. ECF 241. By this stipulation, defendants now move to continue the jury trial until August 23, 2021, and to exclude time between May 17, 2021, and August 23, 2021, under Local Code T4.

3. All parties request to vacate the trial date of May 17, 2021, and set a Trial Confirmation Hearing on July 20, 2021 at 9:30 a.m.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case

includes reports, cell phone downloads, recorded audio and video from several meetings, recorded audio from approximately 100 phone calls, and videos of the execution of at least eight search warrants. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendants desire additional time to prepare for trial. In particular, defendant Laitinen's motion to continue argues that her counsel requires additional time to interview witnesses. These witnesses include approximately 14 potential character witnesses, as well as an undisclosed number of fact-based witnesses. Defendant Laitinen filed the names of these factual witnesses under seal. ECF 239. The defendant's motion states that, due to the sensitive nature of their potential testimony—given their involvement in the marijuana grow operation the defendants are accused of orchestrating—these witnesses need to be interviewed in person. Given the existence of a global pandemic and attendant travel restrictions since March 2020, counsel has been unable to travel to interview these witnesses in person as is necessary to adequately prepare a defense in this case. Counsel accordingly requires more time to travel, interview these potential witnesses, and prepare a defense. Defendant Yang has joined in defendant Laitinen's motion to continue.

      c)    Counsel for both defendants accordingly believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 17, 2021 to August 23, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 16, 2021					PHILLIP A. TALBERT
							Acting United States Attorney

							/s/ ROSS PEARSON
							ROSS PEARSON
							Assistant United States Attorney

							/s/ MICHAEL W. REDDING
							MICHAEL W. REDDING
							Assistant United States Attorney

Dated:  April 16, 2021					/s/ DOUG BEEVERS
							DOUG BEEVERS
							Counsel for Defendant
							CHI MENG YANG

							/s/ MARK REICHEL
							MARK REICHEL
							Counsel for Defendant
							GOASHENG LAITINEN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of April, 2021.

							/s/ John A. Mendez
							THE HONORABLE JOHN A. MENDEZ
							UNITED STATES DISTRICT COURT JUDGE