Page Pate
101 Marietta Street NW, Suite 3300, Atlanta, GA 30303
Georgia Bar No. 565899
Phone: 404-223-3310
Fax: 404-223-3392
Admitted *pro hac vice*
Attorney for Defendant Chi Meng Yang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHI MENG YANG,<br><br>　　　　Defendant | Case No. 2:17-cr-169-JAM<br><br>**ORDER ALLOWING UNDER SEAL FILING** |

　　Upon application of Defendant Chi Meng Yang and good cause having been shown,

　　IT IS HEREBY ORDERED that Defendant Yang's Motion for Evaluation shall be kept under seal until further Order of this Court.

　　IT IS SO ORDERED.

DATED: July 20, 2021　　　/s/ John A. Mendez
　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE