Page Pate
101 Marietta Street NW, Suite 3300, Atlanta, GA 30303
Georgia Bar No. 565899
Phone: 404-223-3310
Fax: 404-223-3392
Admitted *pro hac vice*
Attorney for Defendant Chi Meng Yang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHI MENG YANG,<br><br>    Defendant | Case No. 2:17-cr-169-JAM<br><br>**ORDER GRANTING MOTION FOR EVALUATION** |

The Court having received and considered Defendant Yang's Motion for Evaluation, and good cause having been shown,

IT IS HEREBY ORDERED that Defendant Yang's Motion for Evaluation is GRANTED.

IT IS SO ORDERED.

DATED:  July 20, 2021          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE