PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
JAMES CONOLLY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>                 v.<br><br>CHI MENG YANG,<br>AND GAOSHENG LAITINEN,<br><br>                           Defendants. | CASE NO.  2:17-CR-00169-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 28, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.      By previous order, this matter was set for status on September 28, 2021.

2.      By this stipulation, defendants now move to continue the status conference until October 5, 2021, and to exclude time between September 28, 2021, and October 5, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 20,000 pages of reports, surveillance footage, search warrant returns, photos, undercover recordings and calls, and cell phone extractions. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  In addition, since the time of the last status conference in this matter, the United States has produced additional transcripts of undercover conversations to defense in preparation for trial in this

matter.

       b)      Counsel for defendants desire additional time to review the new discovery, consult with their clients, discuss and research plea agreement options, and otherwise prepare for trial.  The parties anticipate that they will set a trial date at the next status conference in this matter.

       c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)      The government does not object to the continuance.

       e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 28, 2021 to October 5, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated:  September 24, 2021               PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    /s/ ROSS PEARSON
                                    ROSS PEARSON
                                    Assistant United States Attorney

1   Dated:  September 24, 2021                    /s/ DOUGLAS J. BEEVERS
2                                                 DOUGLAS J. BEEVERS
                                                  Counsel for Defendant
3                                                 CHI MENG YANG
                                                  (Authorized by email on September 24,
4                                                 2021)

5   Dated:  September 24, 2021                    /s/ MARK REICHEL
6                                                 MARK REICHEL
                                                  Counsel for Defendant
7                                                 GAOSHENG LAITINEN
                                                  (Authorized by email on September 24,
8                                                 2021)

9
                                    **FINDINGS AND ORDER**
10
        IT IS SO FOUND AND ORDERED this 24th day of September, 2021.
11

12

13
                                          /s/ John A. Mendez
14
                                          THE HONORABLE JOHN A. MENDEZ
15                                        UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28