PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
JAMES CONOLLY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CHI MENG YANG,<br>AND GAOSHENG LAITINEN,<br><br>                              Defendants. | CASE NO.  2:17-CR-00169-JAM<br><br>STIPULATION TO VACATE STATUS<br>CONFERENCE AND SET TRIAL; FINDINGS<br>AND ORDER<br><br>DATE: October 26, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.      By previous order, this matter was set for status on October 26, 2021.

2.      By this stipulation, the parties now move to vacate the status conference and set trial in this matter for January 24, 2022, and to exclude time between today's date, October 5, 2021, and January 24, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 20,000 pages of reports, surveillance footage, search warrant returns, photos, undercover recordings and calls, and cell phone extractions. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      The parties have been unable to reach a resolution in this case, and they wish to

1  set trial.

2      c)      Counsel for defendants need additional time to review the discovery, consult with

3  their clients, and prepare for trial.

4      d)      Counsel for defendants believe that failure to grant the above-requested

5  continuance would deny them the reasonable time necessary for effective preparation, taking into

6  account the exercise of due diligence.

7      e)      The government does not object to the continuance.

8      f)      Based on the above-stated findings, the ends of justice served by continuing the

9  case as requested outweigh the interest of the public and the defendant in a trial within the

10  original date prescribed by the Speedy Trial Act.

11      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of October 5, 2021, to January 24,

13  2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14  T4] because it results from a continuance granted by the Court at defendant's request on the basis

15  of the Court's finding that the ends of justice served by taking such action outweigh the best

16  interest of the public and the defendant in a speedy trial.

17      h)      The parties further agree to set a trial confirmation hearing for December 14,

18  2021.

19      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

20  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

21  must commence.

22      IT IS SO STIPULATED.

23

24

25  Dated:  October 25, 2021                    PHILLIP A. TALBERT
                                                Acting United States Attorney

26

27                                              /s/ ROSS PEARSON
                                                ROSS PEARSON

28                                              Assistant United States Attorney

Dated:  October 25, 2021                    /s/ DOUGLAS J. BEEVERS
                                            DOUGLAS J. BEEVERS
                                            Counsel for Defendant
                                            CHI MENG YANG
                                            (Authorized by email on October 25,
                                            2021)


Dated:  October 25, 2021                    /s/ MARK REICHEL
                                            MARK REICHEL
                                            Counsel for Defendant
                                            GAOSHENG LAITINEN
                                            (Authorized by email on October 25,
                                            2021)


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 25th day of October, 2021.


                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE