PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
AARON D. PENNEKAMP
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2751
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHI MENG YANG and<br>GAOSHENG LAITINEN,<br><br>Defendants. | Case No. 2:17-CR-0169 JAM<br><br>ORDER SEALING DOCUMENTS RELATED TO AN *EX-PARTE*, *IN CAMERA* REVIEW OF INVESTIGATIVE INFORMATION |

Pursuant to Local Rule 141(b), and based on the authorities contained in the Request to Seal Documents filed by the United States, IT IS HEREBY ORDERED that the Government's Request to Seal Documents related to the *ex-parte, in camera* review of investigative information is granted and the documents shall be SEALED until further order of this Court.  IT IS FURTHER ORDERED that access to the sealed documents shall be limited to the Government and the Court.  Furthermore, the Court finds that, under Federal Rule of Criminal Procedure 16 and other authority applicable to discovery in a criminal case, the sealed documents are not required to be disclosed to the defendants in this case.

DATED: January 18, 2022             /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE