HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
DOUGLAS J. BEEVERS (SBN 288639)
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHI MENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHI MENG YANG,<br><br>Defendant. | Case No. 2:17-cr-00169-JAM<br><br>ORDER SEALING EX PARTE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM, |

**ORDER**

The motion for a writ of habeas corpus ad testificandum for William Cody Hughes, the declaration in support of the writ, and the proposed order are hereby SEALED. The documents shall not be made available to the public or to the United States Attorney's Office.

**IT IS SO ORDERED.**

DATED: March 1, 2022                /s/ John A. Mendez
                                    _____
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE