HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
DOUGLAS J. BEEVERS (SBN 288639)
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHI MENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHI MENG YANG,<br><br>Defendant. | Case No. 2:17-cr-00169-JAM<br><br>AMENDED ORDER RE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

**AMENDED ORDER**

The motion for a writ of habeas corpus ad testificandum for William Cody Hughes having been granted on March 1, 2022, the Clerk is directed to issue the attached Writ—amended to include the date and time that the defense currently anticipates calling Mr. Hughes—and deliver it to the U.S. Marshal for service.

**IT IS SO ORDERED.**

DATED: 3-4-2022

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE