IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHI MENG YANG,<br><br>Defendant. | Case No. 2:17-cr-00169-JAM<br><br>WRIT OF HABEAS CORPUS AD TESTIFICANDUM (SECOND AMENDED TO INCLUDE DATE AND TIME) |

TO: the Substance Abuse Treatment Facility and State Prison, Corcoran, and to any United States Marshal:

WE COMMAND that you produce and deliver the person known as WILLIAM CODY HUGHES, CDCR # BL5557, now in your custody, before the United States District Court for the Eastern District of California, U.S. Courthouse, 501 I Street, Sacramento, California, on March 10, 2022 at 9:30 a.m. in order that said witness in the above-entitled case may be present to deliver testimony in a pending legal proceeding.

The delivery of the witness to the custody of the United States Marshal, or to the courtroom of the aforementioned United States District Court, and then return by you of said defendant to your custody, shall be deemed sufficient compliance with the Writ.

DATED: 3/7/2022 , 2022

CLERK, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

By: _____
Deputy Clerk