| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, #288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: (916) 498-5700 |
| | Fax: (916) 498-5710 |
| 5 | Douglas_Beevers@fd.org |
| 6 | Attorney for Defendant |
| | CHI MENG YANG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00169-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO SET |
| vs. | ) BRIEFING SCHEDULE RE: MOTION FOR NEW TRIAL |
| CHI MENG YANG | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |

It is hereby stipulated between United States Attorney Phillip A. Talbert and Assistant United States Attorneys James Conolly and Aaron Pennekamp and Heather Williams, Federal Defender, and Assistant Federal Defenders Douglas Beevers and Jaya Gupta, that the following briefing schedule be set regarding the filed motion for new trial (Dkt. 360):

    Government's Reply to Motion for New Trial:    June 7, 2022

    Mr. Yang's Reply to the Government:    June 14, 2022

///

///

///

///

1  Respectfully Submitted,

2  Dated:  April 28, 2022

                                      HEATHER E. WILLIAMS
                                      Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender

*/s/ Jaya Gupta*
JAYA GUPTA
Assistant Federal Defender

Attorneys for Defendant
CHI MENG YANG

Dated:  April 28, 2022

                                      PHILLIP A. TALBERT
                                      United States Attorney

*/s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney

*/s/ Aaron Pennekamp*
AARON PENNEKAMP
Assistant United States Attorney

## ORDER

It is hereby ordered that the above briefing schedule is adopted, and the deadlines set for fillings.

Dated: April 28, 2022                  /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE