UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHI MENG YANG,<br><br>Defendant. | No. 2:17-cr-00169-JAM<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR A NEW TRIAL** |

I.  OPINION

Before the Court is Defendant's motion for a new trial pursuant to Federal Rule of Criminal Procedure 33.  See Mot. for New Trial ("Mot."), ECF No. 360.  Defendant raises the following grounds for a new trial: (1) the jury's verdict on the two related conspiracy charges is inconsistent and indicates the jury improperly convicted based on facts and overt acts not charged in the Superseding Indictment; and (2) the Court erred by precluding the defense of entrapment and entrapment by Estoppel and by excluding all evidence of California's medical marijuana laws.  Id.  The United States filed an opposition.  See Opp'n, ECF No. 369.  Defendant did not file a reply.

As to Defendant's first argument that the jury's inconsistent verdict must have been the product either of a

1

1  constructive amendment to the Superseding Indictment or of juror
2  confusion, the Court agrees with the United States that
3  Defendant's "allegations in support this claim amount to little
4  more than speculation." Opp'n at 1. Moreover, the Supreme
5  Court's decision in United States v. Powell forecloses this
6  argument. 469 U.S. 57, 65 (1984) (holding inconsistent verdicts
7  are not a basis for granting a new trial as a matter of course).
8  Defendant's first argument for a new trial fails.
9     As to Defendant's second argument that the Court erred in
10 not issuing entrapment instructions, this argument fails because
11 of the significant evidence of predisposition. See Opp'n at 7-9.
12 That Defendant had been engaged in manufacturing marijuana before
13 discussing the bribery scheme with Sheriff Lopey is not in
14 dispute. Id. This was cemented by the evidence presented at
15 trial. Id. In the face of such predisposition, an entrapment
16 instruction would not have been proper. Id.
17    Finally, as to Defendant's argument concerning California's
18 medical marijuana laws, the fact he was not permitted to confuse
19 the jury with his subjective beliefs about California law did not
20 create a "serious miscarriage of justice." Opp'n at 10-11. A
21 new trial is not warranted on these grounds either.

## II.  ORDER

23   For these reasons, the Court DENIES Defendant's motion for a
24 new trial.
25    IT IS SO ORDERED.
26 Dated: June 17, 2022

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2