MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email:      Mike.Long.Law@msn.com

Attorney for Witness
YOUAKOS XYOOJTXIAJLWV

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:17-cr-00169-JAM |
| Plaintiff, | **WAIVER OF APPEARANCE FOR WITNESS YOUAKOS XYOOJTXIAJLWV** |
| v. | |
| CHI MENG YANG, | **Judge: Deborah Barnes** |
| Defendant | |

Witness **YOUAKOS XYOOJTXIAJLWV**, hereby waives his right to be personally present in open court on **September 30, 2022, at 2:00 p.m**., **before Magistrate Judge Deborah Barnes**, at which time the parties will litigate the motion to quash the subpoena issued by counsel for defendant Chi Meng Yang for Youakos Xyoojtxiajlwv to appear to testify on October 4, 2022, at the sentencing hearing of defendant Chi Meng Yang.

Defendant, hereby requests the court to proceed in his absence.  Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present.  Defendant further agrees to be present in court on any date set by the court in his absence.

The original signed copy of this document will be kept in Mr. Long's file.

Dated: September 29, 2022 Respectfully submitted,

/s/ Youakos Xyoojtxiajlwv

By: YOUAKOS XYOOJTXIAJLWV
Defendant

 /s/ Michael D. Long
By: Michael D. Long
Attorney for Witness
YOUAKOS XYOOJTXIAJLWV

## ORDER

GOOD CAUSE APPEARING, Witness YOUAKOS XYOOJTXIAJLWV's waiver of personal appearance is accepted by the court.  IT IS SO ORDERED.

DATED: September 30, 2022                /s/ DEBORAH BARNES
                                         UNITED STATES MAGISTRATE JUDGE