HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHI MENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00169-JAM |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PRESENCE |
| CHI MENG YANG, | |
| , | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, CHI MENG YANG, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to arraignment, plea, sentencing, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, including, appearances for any hearing regarding modification of conditions of supervised release or probation.

Defendant hereby requests the Court to proceed during every absence which the Court may permit under this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally

Waiver of Appearance -1-

present; and further agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: September 30, 2022

                                  */s/ Chi Meng Yang*
                                  Defendant
                                  CHI MENG YANG

I agree and consent to my Client's waiver of appearance.

Dated: September 30, 2022

                                  */s/ Douglas Beevers*
                                  DOUGLAS BEEVERS
                                  Assistant Federal Defender
                                  Attorney for Defendant

**ORDER**

The Court finding that the Defendant has knowingly waived his appearance at all court hearings under which a waiver is permitted by Federal Rule of Criminal Procedure 43, and finding that the Defendant is on release in the Central District of California, IT IS ORDERED that Defendant's waiver of appearance is accepted for any of the following hearings: status conferences, hearings on pretrial motions and hearings to modify conditions of pretrial release, and hearings to set a trial date.  Counsel is ordered to inform the Defendant of any scheduled court dates.

IT IS SO ORDERED.

Dated:  September 30, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE