PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00169-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING RULE 35 CORRECTION TO SENTENCE; ORDER |
| v. | |
| CHI MENG YANG, | COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. This Court previously held a judgment and sentencing hearing in the above-captioned matter on October 4, 2022.

2. During the oral pronouncement of sentence at that October 4 hearing, this Court ordered that "[u]pon release from imprisonment, [the defendant] will be placed on supervised release for a term of 60 months on Counts 1 and 2, 48 months on Count 4, all to be served concurrently for a total term of 60 months." *See* Dkt. No. 376-5 at 3.

3. However, the supervised release terms imposed for Counts 1 and 2 exceed the statutory maximum. As to those two counts of conviction, the statutory maximum terms of supervised release are 36 months. *See* 18 U.S.C. § 3583(b)(2).

4. Federal Rule of Criminal Procedure 35(a) allows this Court to "correct a sentence that resulted from arithmetical, technical, or other clear error" "[w]ithin 14 days after sentencing." That 14-day period has not yet expired.

5. By this stipulation, the parties now move this Court to "correct" the supervised release sentences imposed in this case pursuant to Federal Rule of Criminal Procedure 35(a). Specifically, the parties stipulate and agree that it was "clear error" under Rule 35(a) to impose terms of supervised release on Counts 1 and 2 that exceeded the statutory maximum for those counts. Accordingly, this Court should correct the sentence announced at the October 4, 2022 judgment and sentencing hearing, such that supervised release is imposed as follows: Upon release from imprisonment, the defendant will be placed on supervised release for a term of 36 months on Counts 1 and 2, 48 months on Count 4, all to be served concurrently for a total term of 48 months.

6. The parties further stipulate that their stipulation and agreement as to the supervised release terms imposed on Counts 1 and 2 does not otherwise affect the judgment and sentence announced at the October 4, 2022 hearing.

7. The assigned probation officer in this case has been consulted and concurs with the parties' stipulation and agreement.

IT IS SO STIPULATED.

Dated:  October 11, 2022                            PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ AARON D. PENNEKAMP
                                                    AARON D. PENNEKAMP
                                                    Assistant United States Attorney

Dated:  October 11, 2022                            /s/ DOUGLAS J. BEEVERS
                                                    DOUGLAS J. BEEVERS
                                                    Counsel for Defendant
                                                    CHI MENG YANG

**ORDER**

This Court has reviewed and considered the parties' stipulation regarding Rule 35 correction to sentence. Based on the parties' stipulation, and pursuant to Federal Rule of Criminal Procedure 35(a), it is hereby ORDERED that:

1. The defendant's sentence imposed on October 4, 2022 is CORRECTED as stipulated to correct the "clear error" described in the parties' stipulation.

2. As a result, the judgment entered in this case shall reflect that upon release from imprisonment, the defendant will be placed on supervised release for a term of 36 months on Counts 1 and 2, 48 months on Count 4, all to be served concurrently for a total term of 48 months.

3. All other aspects of the defendant's judgment and sentence imposed on October 4, 2022 shall remain unchanged and in effect.

IT IS SO FOUND AND ORDERED this 11th day of October, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE