PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
AARON D. PENNEKAMP
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>CHI MENG YANG, and<br>GAOSHENG LAITINEN,<br><br>                    Defendants. | 2:17-cr-00169-JAM<br><br>**FINAL ORDER OF FORFEITURE** |

On May 13, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Gaosheng Laitinen forfeiting to the United States the following property:

   a. Vacant land on Marshall Road, Montague, CA, Siskiyou County, APN: 100-451-060-000;
   b. Vacant land on Gilman Road, Montague, CA, Siskiyou County, APN: 100-602-140-000; and
   c. Approximately $10,500.00 in U.S. Currency.

On September 8, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(a), based upon the guilty verdict of Chi Meng Yang and the Government's Statement Re: Forfeiture and Notice of Election of Property to be Forfeited if Defendant is Found Guilty, forfeiting to the United States the following

property:

    a.    Approximately $10,500.00 in U.S. Currency.

Beginning on May 21, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Gaosheng Laitinen on the official internet government forfeiture site www.forfeiture.gov.  Beginning on September 13, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Chi Meng Yang on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

    a.    Wayne Hammar:  A notice letter was sent via certified mail to Wayne Hammar, Siskiyou County Tax Collector, at 311 Fourth Street, Room 104, Yreka, CA 96097 on May 20, 2022.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on May 23, 2022.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(a), including all right, title, and interest of Chi Meng Yang and Gaosheng Laitinen:

    a.    Approximately $10,500.00 in U.S. Currency, plus any accrued interest.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

///

///

///

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: June 28, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture