HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
douglas_beevers@fd.org

Attorney for Defendant
CHI MENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>CHI MENG YANG,<br><br>             Defendant. | Case No. 2:17-cr-00169-JAM<br><br>**AMENDED STIPULATION AND ORDER TO EXONERATE PROPERTY BOND**<br><br>Judge:  John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, and Defendant, Chi Meng Yang, that the $100,000 property bond posted to secure Mr. Yang's pretrial release should be ordered exonerated and that the Clerk of the Court shall reconvey the real property securing the bond to the surety.

The parties' previous stipulation to release the bond was incorrect because it contained Kao Yang's informal name.

On October 5, 2017, the Court ordered Mr. Yang released contingent on a $100,000 secured appearance bond being filed.  After a series of extensions of time to post bond were granted, on May 22, 2018 Defendant Yang posted a $100,000 bond secured by the real property belonging to Kao Yang located at 880 3rd Street East, St. Paul Minnesota, 55206. (ECF # 81). On June 29, 2018 a Petition for Violation of Pretrial Release was filed and on July 11, 2018 Defendant Yang failed to appear for the hearing and a No Bail Warrant was issued, however Mr. Yang traveled from Minnesota to Sacramento on his own and self-surrendered on the warrant.

After his self-surrender on July 18, 2018, Defendant Yang appeared and was ordered detained based on facts described in the Petition for Violation of Pretrial Release.

Mr. Yang's Jury trial concluded on March 18, 2022 and he was found guilty of counts 1,2 and 4, and found not guilty as to count 3. Judgment was entered on October 13, 2022 and Mr. Yang was sentenced to a total term of imprisonment of 71 months and 48 months of supervised release.

The parties stipulate and agree that the bond secured by the real property of Kao Yang should be exonerated and the property securing it reconveyed to the surety.

Dated: September 19, 2024                    Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ Douglas Beevers
                                             DOUGLAS J. BEEVERS
                                             Assistant Federal Defender
                                             Attorney for Chi Meng Yang


Dated: September 19, 2024                    PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ James Conolly
                                             JAMES CONOLLY
                                             Assistant United States Attorney

HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
douglas_beevers@fd.org

Attorney for Defendant
CHI MENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHI MENG YANG,<br><br>Defendant. | Case No.  2:17-cr-00169-JAM-1<br><br>**ORDER GRANTING REQUEST TO RECONVEY REAL PROPERTY**<br>**(ECF No. 440)**<br><br>Judge: Hon. John A. Mendez |

## ORDER

The Court hereby **GRANTS** the request to reconvey real property located at 880 3rd Street East, St. Paul Minnesota, 55206 described as follows:

> Lot 1, Adam Gotzlan's Subdivision of Block 84, Lyman Dayton's Addition, Ramsey County, Minnesota

posted to secure Defendant's pre-trial release and authorizes the Clerk of the United States District Court for the Eastern District of California to complete a new reconveyance of real property to property owner Kao Yang and list the description of the property on the reconveyance as listed above.

**IT SO ORDERED.**

Dated: September 20, 2024          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE