MICHELE BECKWITH
Acting United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHI MENG YANG,<br><br>Defendant. | CASE NO. 2:17-CR-00169-JAM-1<br><br>**STIPULATION AND ORDER VACATING CONTESTED HEARING AND SETTING ADMIT/DENY HEARING**<br><br>DATE: January 21, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Chi Meng Yang, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a contested hearing on January 21, 2025. ECF 452.

2. By this stipulation, the parties now move to **vacate** the contested hearing and **set** this matter for an a**dmit/deny hearing on February 11, 2025, at 09:00 a.m.**

3. Counsel for defendant is unavailable on January 21, 2025, and requests a different date.

4. Counsel for defendant has notified the government that defendant now wishes to admit to certain violations set forth in the petition.

STIPULATION RE CONTESTED HEARING; SETTING OF
ADMIT/DENY HEARING

1

5. The government does not oppose the requested changes.

6. Government counsel has conferred with probation, who is available on February 11, 2025, and does not oppose the requested changes.

IT IS SO STIPULATED.

Dated:  January 13, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ NICOLE VANEK
NICOLE VANEK
Assistant United States Attorney

Dated:  January 13, 2025

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
CHI MENG YANG

**ORDER**

IT IS SO ORDERED.

Dated: January 16, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTESTED HEARING; SETTING OF ADMIT/DENY HEARING

2