HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
Mr. Yang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00169-JAM-1 |
|---|---|
| Plaintiff, | **ORDER TO SEAL** |
| vs. | Judge: John A. Mendez |
| CHI MENG YANG, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to file Exhibit A to Defendant's Dispositional Memorandum under seal be **GRANTED** so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: March 07, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE