UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Respondent,

v.

CHI MENG YANG,

Movant.

Case No.  2:17-cr-0169-DAD-JDP (P)

ORDER

Movant has filed a motion to vacate, set aside, or correct sentence under section 2255. ECF No. 466.  I will direct the government to respond.  Additionally, movant has filed two motions to proceed *in forma pauperis*, ECF Nos. 467 & 472, that I will deny as unnecessary.  *See United States v. Thurman*, NO. 1:08-CR-00058-(2)-LJO, 2016 U.S. Dist. LEXIS 115871, *9 (E.D. Cal. Aug. 26, 2016) ("A motion under § 2255 is filed as part of the underlying criminal prosecution, and therefore does not require payment of a filing fee as does a petition for a writ of habeas corpus.").

Movant has also filed two motions for discovery and expansion of the record.  ECF Nos. 474 & 479.  These are denied.  The government has not yet responded to the motion, and, at this time, there is no need for discovery or to expand the record.  I will revisit this issue if it becomes necessary to do so after the government addresses the motion.

1

Movant's motion to appoint counsel and to stay proceedings pending appointment of counsel, ECF Nos. 475 & 476, are also denied.  He is not entitled to counsel in a habeas action. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986).  And, as of now, movant has not shown that appointment is necessary.  He cites newly discovered evidence, but as of yet, without a response from the government, I cannot tell whether counsel is needed to litigate movant's claims.

It is, therefore, ORDERED that:

1.    Within thirty days of this order's entry, the government shall respond to movant's section 2255 motion, ECF No. 466.

2.    Movant's motions to proceed *in forma pauperis*, ECF Nos. 467 & 472, motions for discovery, to expand the record, and for evidentiary hearing, ECF Nos. 474 & 479, and motions to appoint counsel and to stay proceedings pending appointment of counsel, ECF Nos. 475 & 476, are DENIED.

IT IS SO ORDERED.

Dated:    June 22, 2026                                     _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2