UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHI MENG YANG, Defendant. | Case No. 2:17-cr-0169-DAD-JDP (P) ORDER |

On June 23, 2026, I ordered the government to respond to movant's section 2255 motion within thirty days. ECF No. 482. On July 20, 2026, movant requested leave to file a supplemental memorandum. ECF No. 483. For its part, the government has requested an extension of time respond, up to September 18, 2026. ECF No. 484. Both requests will be granted.

By contrast, movant's later filed "amended 483 file supplemental memorandum," ECF No. 485 is denied. Therein, plaintiff presents a disorganized mess of proposed discovery, "supplemental evidence," new exhibits. I am disinclined to allow movant to keep moving the bounds of his section 2255 motion with new claims, evidence, and discovery requests. A section 2255 motion is not a new trial. I will consider the supplemental material submitted in ECF No. 483. No other supplemental material will be considered.

It is ORDERED that:

1. Movant's request to file supplemental memorandum, ECF No. 483, is GRANTED and the memorandum attached to his motion shall be considered in adjudicating his section 2255 motion.

2. The government's request for extension of time, ECF No. 484, is GRANTED and its response to movant's section 2255 motion is due on or before September 18, 2026.

3. Movant's amended supplemental memorandum, ECF No. 485, is DENIED.

IT IS SO ORDERED.

Dated: August 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE