UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHI MENG YANG,<br>Defendant. | Case No. 2:17-cr-0169-DAD-JDP |

On October 7, 2026, the United States requested a second extension of time to file its response to Defendant Chi Meng Yang's motion to vacate, set aside or correct his sentence, pursuant to 28 U.S.C. § 2255. ECF No. 488.

The Court having read and considered the government's motion, and finding good cause for the request, hereby ORDERS that the government's request for an extension of time, until October 30, 2026, to file its response, is GRANTED.

IT IS SO ORDERED.

Dated: October 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE