UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHI MENG YANG,<br>Defendant. | Case No. 2:17-cr-0169-DAD-JDP (P)<br><br>ORDER |

The United States has requested another extension of time to respond to movant's motion to vacate, set aside or correct his sentence, pursuant to 28 U.S.C. § 2255. ECF No. 490. Good cause being shown, it is granted.

Accordingly, it is ORDERED that:

1. The government's motion for extension of time, ECF No. 490, is GRANTED.

2. The government must file its response to the section 2255 motion on or before November 13, 2026.

IT IS SO ORDERED.

Dated: November 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE